■ In the Matter of FURMAN M. JONES, Petitioner, against JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York, Respondent.— Application for a stay. Application granted, upon condition that petitioner perfect his appeal, file and serve record and brief on or before August 1, 1957 and is ready for argument at the September Term of this court. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of LEON B. KALB, Appellant, against MURKO MACHINERY & DIE CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ SAMUEL KROMENBERG et al., Respondents, v. SULLIVAN COUNTY STEAM LAUNDRY COMPANY, INC., et al., Respondents, and SAMUEL OKUN, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of MILLIE LIZZA, Respondent, against VARICK TANNING & DYEING CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ESTHER MOSES, Appellant, against ALEXANDER'S DEPARTMENT STORE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of THOMAS MUSTO, Appellant, against VINCENT SANZONE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ JAMES V. PRICE, Respondent, v. PETER TURGEON et al., Appellants.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ WEBSTER STEVENS et al., Plaintiffs, v. ALTON H. GIBBS et al., Respondents, and JOHN J. GLAVIN, Appellant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of JOSEPH THORNTON, Appellant, against BANKERS TRUST COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.

■ In the Matter of the Claim of ELSIE FISHER, Respondent, against NATIONAL BISCUIT COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J.. Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 786.]

■ In the Matter of CATHERINE WILTSIE et al., as Administrators De Bonis Non of the Estate of WARREN E. KING, Deceased. LOREN W. LILLIS, Appellant; STATE INSURANCE FUND, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J.. Coon, Halpern, Zeller and Gibson, JJ. [See ante, p. 796.]